JS-6

Friedrich W. Seitz (SBN 51536)
  fseitz@murchisonlaw.com
Jonathan S. Dennis (SBN 249554)
  jdennis@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California  90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendants WALDEMAR LINK GMBH & CO. KG and LINK AMERICA, INC., dba LINK ORTHOPAEDICS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ROBIN MEREDITH, | CASE NO. CV 09-4246-VBF (FFMx) |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LINK AMERICA, INC., etc., et al., | Assigned to Hon. Valerie Baker Fairbank, Courtroom 9 |
| Defendants. | |

IT IS HEREBY ORDERED that, pursuant to the stipulation by and among the parties to this action, through their respective attorneys of record, the above-entitled action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorney fees and costs.

DATED:  May 24, 2010        By: _____
**THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE**

CV 09-4246-VBF (FFMx)